THE STATE OF OHIO, APPELLANT, *v.* DETILLIO ET AL., APPELLEES.

[Cite as *State v. Detillio* (1994), 68 Ohio St.3d 1219.]

(No. 93–12—Submitted January 12, 1994—Decided February 16, 1994.)

*Lynn C. Slaby,* Summit County Prosecuting Attorney, and *Philip D. Bogdanoff,* Assistant Prosecuting Attorney, for appellant.

*Engle & Chris Co., L.P.A.,* and *E. Spencer Muse,* for appellee Richard F. Detillio, Sr.

*Peter T. Cahoon,* for appellee Richard F. Detillio, Jr.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

A.W. Sweeney, Douglas, Resnick and F.E. Sweeney, JJ., concur.

Moyer, C.J., Wright and Pfeifer, JJ., dissent and would affirm.